**FILED**

April 4, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-MJ-00091-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CECIL CLARENCE BILLINGS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CECIL CLARENCE BILLINGS</u>, Case No.

<u>2:11-MJ-00091-GGH</u>, Charge <u>Title 21 USC § 841</u>, from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)    <u>With pretrial supervision and conditions of release as</u>

        <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 4, 2011</u>  at <u>2:25</u>  pm .

By _____

Dale A. Drozd
United States Magistrate Judge